

**NUMBER 13-08-00147-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**ANTHONY ROSS,**                                                                                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                  **Appellee.**

---

**On appeal from the 117th District Court
of Nueces County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Anthony Ross, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the

appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
See TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 4th day of December, 2008.